FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HERIBERTO VIDALES BARRIOS, an individual,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>LUMIO HX, INC., a Utah Company,<br><br>　　　Defendant. | No. 4:23-CV-05061-SAB<br><br>**ORDER OF DISMISSAL** |

　　　Before the Court is Parties' Joint Stipulation and [Proposed] Order of Dismissal of Defendant Lumio HX, Inc. with Prejudice, ECF No. 10. Plaintiff is represented by Damien Villarreal and Gregory Skidmore. Defendant is represented by Rachel Saimons. The motion was considered without oral argument.

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties have requested the Court dismiss the case with prejudice and with each party bearing their own attorneys' fees or costs. The Court grants the motion.

//
//
//
//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Joint Stipulation and [Proposed] Order of Dismissal of Defendant Lumio HX, Inc. with Prejudice, ECF No. 10, is **GRANTED**.

2. All dates and deadlines in the above-captioned case, including the pretrial conference and jury trial, are **STRICKEN**.

3. The above-captioned action is **DISMISSED with prejudice** and with each party bearing their own fees and costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 10th day of June 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2